UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FLOW TECHNOLOGIES
INTERMEDIATE HOLDO II, LLC
and TW ASSOCIATES, LLC (d/b/a    ,
MISCOwater)

          Plaintiff(s),

     v.

SEAN COHOLAN                     ,

          Defendant(s).

Case No. 4:26-CV-1845 TSH

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Ryan T. Weiss_____, an active member in good standing of the bar of

Texas_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: United Flow Technologies HoldCo II, LLC and TW Associates, LLC (d/b/a MISCOwater)_____ in the

above-entitled action. My local co-counsel in this case is Michael Adamson_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 321754_____.

| | |
|---|---|
| 1000 Louisiana Street, Suite 5100, Houston, TX 77002 | 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 723-653-7833 | 310-789-3100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rweiss@susmangodfrey.com | madamson@susmangodfrey.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 24107957_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/03/2026

Ryan T. Weiss

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ryan T. Weiss                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 4, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California