UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FLOW TECHNOLOGIES
INTERMEDIATE HOLDCO II, LLC, et al.,

        Plaintiffs,

       v.

SEAN COHOLAN,

        Defendant.

Case No.  26-cv-01845-RS

**ORDER FOR RESPONSE**

Defendant Sean Coholan is ordered to respond to Plaintiffs' Motion for Temporary Restraining Order, Dkt. 14, in the above captioned case by Thursday, March, 12, 2026.

**IT IS SO ORDERED**.

Dated: March 10, 2026

_____

RICHARD SEEBORG
Chief United States District Judge