UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FLOW TECHNOLOGIES
INTERMEDIATE HOLDCO II, LLC, et al.,

Plaintiffs,

v.

SEAN COHOLAN,

Defendant.

Case No.  26-cv-01845-RS

**ORDER CLARIFYING PRELIMINARY INJUNCTION AND REFERRAL TO A MAGISTRATE JUDGE**

On April 20, 2026, Plaintiffs' Motion for a Preliminary Injunction was granted in part and denied in part. *See* Dkt. 49. A preliminary injunction followed. *See* Dkt. 50. Defendant moved for clarification regarding those orders on April 23, 2026, *see* Dkt. 52, which Plaintiffs oppose, *see* Dkt. 54.

The discussion regarding "physical files" in this Court's Order Granting in Part and Denying in Part Plaintiffs' Motion for a Preliminary Injunction, *see* Dkt. 49, is amended to be consistent with the Preliminary Injunction, *see* Dkt. 50. Defendant is required to make available physical files where hard copies of Plaintiffs' documents may reside. As for the Parties' remaining disputes regarding the scope of the preliminary injunction and who will bear expenses associated with compliance, those issues and all other discovery disputes are referred to a magistrate judge.

**IT IS SO ORDERED**.

Dated: April 27, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

United States District Court
Northern District of California