UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FLOW TECHNOLOGIES INTERMEDIATE HOLDCO II, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEAN COHOLAN, <br><br> Defendant. | Case No. 3:26-cv-01845-RS  (KAW) <br><br> **DISCOVERY REFERRAL ORDER** |

On April 27, 2026, the district judge clarified the scope of the preliminary injunction and referred all discovery matters to the undersigned. (Dkt. No. 56.)  To the extent that the referral order did not resolve all discovery disputes identified by the parties in their separate filings, those disputes are TERMINATED, and the parties are ordered to engage in the joint discovery letter process outlined in the undersigned's civil standing order, available online at: https://cand.uscourts.gov/judges/westmore-kandis-a-kaw/.  The dispute procedures require lead counsel for the parties to meet and confer in person or by video conference, and then submit a joint letter addressing any unresolved disputes.  The joint letter must comply with all requirements in Paragraph 14 of the standing order, including using the required format and the limitations on exhibits.

The joint letter must be e-filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." (Judge Westmore's Civil Standing Order ¶ 14(c).)  If the joint letter is incorrectly filed, the parties risk the dispute going unresolved. *Id.*

//

//

If a pending discovery dispute does not comply with this procedure, it may be terminated and the parties ordered to refile a joint letter that complies with the standing order.

IT IS SO ORDERED.

Dated: April 29, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2