UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FLOW TECHNOLOGIES
INTERMEDIATE HOLDCO II, LLC, et al.,

Plaintiffs,

v.

SEAN COHOLAN, et al.,

Defendants.

Case No. 3:26-cv-01845-RS   (KAW)

ORDER REQUIRING DECLARATION IN
SUPPORT OF PROPOSED STIPULATED
PROTECTIVE ORDER

Re: Dkt. No. 78

On June 2, 2026, the parties filed a stipulated protective order.  They did not, however, indicate whether they were using a model protective order or a modified protective order as required by the Court's Standing Order. (*See* Judge Westmore's General Standing Order ¶ 12.)

Accordingly, the parties are ordered to submit, within 7 days of this order, (a) a declaration stating that the proposed order is identical to one of the model orders, (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed protective order with the model order, or (c) a declaration explaining why use of one of the model orders is not practicable.

IT IS SO ORDERED.

Dated: June 2, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California