UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FLOW TECHNOLOGIES INTERMEDIATE HOLDCO II, LLC, et al.,<br>Plaintiffs,<br>v.<br>SEAN COHOLAN, et al.,<br>Defendants. | Case No. 26-cv-01845-RS<br><br>**ORDER GRANTING MOTION TO STAY** |

Defendants administrative motion to stay enforcement of the July 9 order requiring him to submit to opposing counsel his work phone, personal phone, and work laptop for forensic inspection is granted pending further order of this Court. Defendants are ordered to produce a log of anything they claim a right to withhold on privilege or other grounds by July 24, 2026. Plaintiffs are ordered to file responsive briefing regarding Defendants' motion for relief by July 31, 2026. In the interim, the parties are encouraged to continue meeting and conferring to determine a process for neutral party review of the material in question.

**IT IS SO ORDERED**.

Dated: July 16, 2026

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California