Michael Adamson (SBN# 321754)
Samantha Frazier (SBN# 359803)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
Email: madamson@susmangodfrey.com
sfrazier@susmangodfrey.com

Ryan T. Weiss (*Pro Hac Vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: rweiss@susmangodfrey.com

*Attorneys for Plaintiffs United Flow Technologies Intermediate HoldCo II, LLC and TW Associates, LLC (d/b/a MISCOwater)*

Bryan Wilson (SBN# 138842)
Kenneth A. Kuwayti (SBN# 145384)
James R. Hancock (SBN# 293786)
**MORRISON & FOERSTER LLP**
755 Page Mill Road
Palo Alto, California, 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: BWilson@mofo.com
KKuwayti@mofo.com
JHancock@mofo.com

*Attorneys for Defendants Sean Coholan and Goble Sampson Associates, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED FLOW TECHNOLOGIES INTERMEDIATE HOLDCO II, LLC and TW ASSOCIATES, LLC (d/b/a MISCOwater)<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN COHOLAN and GOBLE SAMPSON ASSOCIATES, INC.,<br><br>Defendants. | Case No. 3:26-cv-01845-RS-KAW<br><br>**~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Having read and considered the Stipulated Request Pursuant to Civil Local Rules 6-1 and 6-2 to Continue Case Management Conference, it is approved, and the following is adopted as the revised schedule:

| **Case Management Event** | **Deadline** |
|---|---|
| Deadline to file Joint Case Management Statement | August 6, 2026 |
| Initial Case Management Conference | August 13, 2026 at 10:00 AM |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 23, 2026

Richard Seeborg
United States District Judge