UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED FLOW TECHNOLOGIES INTERMEDIATE HOLDCO II, LLC AND TW ASSOCIATES, LLC (D/B/A MISCOWATER),

Plaintiffs,

v.

SEAN COHOLAN and GOBLE SAMPSON ASSOCIATES, INC.,

Defendant.

Case No. 3:26-cv-01845-RS-KAW

**~~[PROPOSED]~~ ORDER ON PAGE LIMITS FOR MOTIONS TO DISMISS**

Having considered the request to issue an order setting a page limit for any motions to dismiss to be filed by Defendants Sean Coholan and Goble Sampson Associates, Inc. on or before September 8, 2026, as set forth in the parties' stipulation filed on July 22, 2026, the Court hereby orders:

[The Court does not modify the page limits set by the Civil Local Rules for any motions to dismiss filed by Defendants.]

[The Court sets a limit of 40 pages for Defendants' motions to dismiss, as proposed by Plaintiffs.]

**IT IS SO ORDERED**

Dated: July 23, 2026

UNITED STATES DISTRICT COURT JUDGE